SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**JEFFREY S. SWEET, OSB #994183**
Assistant United States Attorney
Jeff.sweet@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:25-cr-00335-MTK |
| v. | **GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF RESTITUTION** |
| **RYAN SCOTT GROCE,** | |
| **Defendant.** | |

The United States supplements its memorandum in support of restitution, ECF 46, with the following information.

During the investigation of Mr. Groce, HSI downloaded, from files that Mr. Groce made available for sharing, at least one file containing child pornography from all of the victims seeking restitution, except for victims "Fiona" and "Jane".

Dated: August 4, 2026

Sincerely,

SCOTT E. BRADFORD
United States Attorney

s/ *Jeffrey S. Sweet*
JEFFREY S. S. SWEET
Assistant United States Attorney

**Government's Supplemental Memorandum in Support of Restitution**          **Page 1**